UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott,<br><br>    Plaintiff,<br>v.<br><br>DQ Training Restaurants LLC d/b/a DQ Grill & Chill and Richard J. Kaufman,<br><br>    Defendants. | Case No: 19-1186<br>(JRT/ECW)<br><br>**PLAINTIFF JERALD BOITNOTT'S NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE is hereby given that, pursuant to Fed R. Civ. P. 41(a)(1)(A), Plaintiff Jerald Boitnott hereby dismisses the above-captioned action with prejudice.

Respectfully Submitted,

**THRONDSET MICHENFELDEDR, LLC**

Dated: May 13, 2019.        By /s/ Chad A. Throndset
Chad A. Throndset (#0261191)
Patrick W. Michenfelder (#024207X)
Cornerstone Building
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: chad@throndsetlaw.com
Email: pat@throndsetlaw.com
*Attorneys for Plaintiff*

1