## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| JERALD BOITNOTT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DQ TRAINING RESTAURANTS LLC, et al.,<br><br>　　　　　　　Defendants. | Civil No. 19-1186 (JRT/ECW)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Chad Throndset, **THRONDSET MICHENFELDER, LLC,** One Central Avenue West, Suite 203, St. Michael, MN 55376, for plaintiff.

Chad A Snyder, **RUBRIC LEGAL LLC,** 233 Park Avenue South, Suite 205, Minneapolis, MN 55415, for defendants.

This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal [Docket No. 7], filed May 13, 2019. Accordingly, based on a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each Party to bear its own costs and fees.

Dated: May 20, 2019　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota

　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court